IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RIVERA, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-416 |
| | : | |
| CARMEN SCINICO, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 19th day of March, 2020, upon consideration of Michael A. Rivera's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 3), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Michael A. Rivera, #318833, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Howard R. Young Correctional Institution or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Rivera's inmate account; or (b) the average monthly balance in Rivera's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Rivera's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Rivera's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3.     The Clerk of Court is directed to **SEND** a copy of this Order to the Warden of Howard R. Young Correctional Institution.

4.     The Complaint is **DEEMED** filed.

5.     Rivera's Complaint is **DISMISSED WITH PREJUDICE IN PART[1] AND DISMISSED WITHOUT PREJUDICE IN PART[2]** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

6.     Plaintiff is shall file an amended complaint by **APRIL 20, 2020.**

**BY THE COURT:**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] The official capacity claims and slander claims are dismissed with prejudice.
[2] The false arrest claim and the conspiracy claim are dismissed without prejudice